AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☑ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>The Residence Located at<br>407 Biddle Avenue, Apartment 2,<br>Pittsburgh, PA 15221 | )<br>)<br>)   Case No. 23-747<br>)<br>)   [UNDER SEAL]<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the  Western  District of  Pennsylvania
*(identify the person or describe the property to be searched and give its location)*:

Please see Attachment A1, incorporated herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Please see Attachment B1, incorporated herein.

**YOU ARE COMMANDED** to execute this warrant on or before   May 31, 2023   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Duty Magistrate Judge  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C.
§ 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   05/18/2023 11:00 am

*Judge's signature*

City and state:   Pittsburgh, Pennsylvania             Honorable Cynthia R. Eddy, U.S. Magistrate Judge
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 23-747 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_Executing officer's signature_

_Printed name and title_

## ATTACHMENT A1

## Location to be Searched

The locations to be searched are as follow:

1. **TARGET RESIDENCE** - 407 Biddle Avenue Apartment 2, Pittsburgh, PA 15221. The residence is a three-story brick building with a double landing staircase leading from the sidewalk to a white front door.

   a. As described in this warrant, the **TARGET RESIDENCE** includes all rooms, attics, basements, and other parts therein, the surrounding grounds, and any garages, storage rooms, trash containers, and outbuildings within the curtilage of and directly associated with **TARGET RESIDENCE**.

   b. As described in this warrant, the **TARGET RESIDENCE** includes any vehicles parked directly on the property or in the street in front of or nearby or adjacent to the property, provided further that said vehicles can be specifically connected to the occupants or permanent residents of the **TARGET RESIDENCE** prior to any search of said vehicle or vehicles.

   c. As described in this warrant, the **TARGET RESIDENCE** includes any residents or long-term guests of the **TARGET RESIDENCE**, who are found at the property, and who might possess items sought in the search warrant. Prior to searching any residents or long-terms guests of the **TARGET RESIDENCE**, law enforcement will attempt to identify the individual and ascertain that person's connection to the **TARGET RESIDENCE**.



## ATTACHMENT B1

### Items to be Searched for and Seized

1. Evidence, contraband, fruits, or instrumentalities of violations of Title 18 United States Code Section 231(a)(3), including the following:

    a. Information, correspondence, records, documents, zines, indicia, writings, journals, manuals, and other materials or items, in hard copy or electronic form, constituting evidence pertaining to the **TARGET OFFENSE**

    b. Cellular phones, computers, and other devices or storage mediums that contain, or in which can be stored, evidence of **TARGET OFFENSE**

    c. Records or documents evidencing occupancy or ownership of **TARGET RESIDENCE** or **THE MOTORCYCLE**

    d. Black shoes with white stripes and brown soles

    e. Grey motorcycle helmet

    f. Keys to **THE MOTORCYCLE**

    g. Black over the shoulder bag/backpack/satchel bag

    h. Dark green cloth shoes

    i. Dark blue/black jacket zip up jacket with hood appearing to be Carhartt brand

    j. Grey winter hats with square patch appearing to be Carhartt brand

    k. Black leather women's boots

    l. White puffer jacket, knee length, with vertical and horizontal zippers

    m. Grey gloves with black palm/finger grip

    n. Black leggings, women's tight cloth pants

    o. Dark black men's jeans

p. Red/maroon hoodie

q. Black rim glasses

r. Blue surgical mask

s. Black face mask

t. Women's glasses, light color large lens

u. Explosives and their precursors, components, chemicals, and initiation systems.

v. Tools and supplies used or capable of being used for the acquisition, manufacture, testing, modification, or use of explosives, initiation systems and their components;

w. Items used or intended to be used for storing explosives, initiation systems and their components.

x. Training, instructional, and reference materials or other information, whether printed or in digital format, relating to explosives;

y. Records, documents, programs, applications, or materials relating to items listed above;

z. Address and/or telephone books, telephones, pagers, answering machines, customer lists, and any papers reflecting names, addresses, telephone numbers, pager numbers, fax numbers and/or identification numbers of sources of supply of explosives, military munitions or ordnance, or any tools, containers, or supplies relating to such items;

aa. Documents and records, including electronic mail and electronic messages, reflecting the ownership, occupancy, possession, or control of the **TARGET RESIDENCE**, including lease/rental agreements, rent receipts, registration

documents, bank records, utility bills, telephone bills, other addressed envelopes, and correspondence;

bb. Any digital device used to facilitate the above-listed violations and forensic copies thereof.

cc. With respect to any digital device used to facilitate the above-listed violations or containing evidence falling within the scope of the foregoing categories of items to be seized:

  i. evidence of who used, owned, or controlled the device at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, e-mail, e-mail contacts, chat and instant messaging logs, photographs, and correspondence;

  ii. evidence of the presence or absence of software that would allow others to control the device, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

  iii. evidence of the attachment of other devices;

  iv. evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the device;

  v. evidence of the times the device was used;

  vi. passwords, encryption keys, and other access devices that may be necessary to access the device;

      vii. applications, utility programs, compilers, interpreters, or other software, as well as documentation and manuals, that may be necessary to access the device or to conduct a forensic examination of it;

     viii. records of or information about Internet Protocol addresses used by the device;

       ix. records of or information about the device's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

2. During the execution of the search of the **TARGET RESIDENCE** described in Attachment A1, law enforcement personnel are authorized to (1) press or swipe the fingers (including thumbs) of any individual, who is found at the subject premises and reasonably believed to be law enforcement to be a user of a device found at the premises, to the fingerprint scanner of the device; (2) hold a device found at the premises in front of the face of those same individuals and activate the facial recognition feature, for the purpose of attempting to unlock the device in order to search the contents as authorized by this warrant.

3. As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writings, drawings or paintings); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

4.  The term "computer" includes all types of electronic, magnetic, optical, electrochemical, or other high speed data processing devices performing logical, arithmetic, or storage functions, including desktop computers, notebook computers, mobile phones, tablets, server computers, and network hardware.

5.  The term "storage medium" includes any physical object upon which computer data can be recorded. Examples include hard disks, RAM, floppy disks, flash memory, CD-ROMs, and other magnetic or optical media.