AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>23-747 | Date and time warrant executed:<br>05/19/23 - 0600 | Copy of warrant and inventory left with:<br>On dining room table |
| Inventory made in the presence of : SA Kristen Luthy | | |

Inventory of the property taken and name(s) of any person(s) seized:

See attached FD-597.

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 05/19/23

_____
*Executing officer's signature*

SA Patrick McConachie Special Agent
*Printed name and title*

FD-597 (Rev. 4-13-2015)                                                                                    Page  1  of  2

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID:  174A - PG - 3750507

On (date)  05/19/23

item (s) listed below were:
☒ Collected/Seized
☐ Received From
☐ Returned To
☐ Released To

(Name) Brian DiPippa and Krystal DiPippa

(Street Address) 407 Biddle Avenue, Apartment 2

(City) Pittsburgh, PA 15221

Description of Item (s):

1 - Apple iphone
2 - Teal one plus
3 - Thermal Take desk tower
4 - MacBook Air & cable
5 - Samsung Chromebook
6 - Black Dr. Martens
7 - (Not collected)
8 - Gray winter hat
9 - White puffer jacket
10 - Q-Link tablet
11 - Red Lexar thumbdrive
12 - Blue Surgical Mask
13 - Purple USB thumb drive
14 - Grey Motorcycle helmet
15 - Grey Gloves
16 - Shoulder bag
17 - Fireworks
18 - LG cellphone

Received By: _____ (Signature)

Received From: No one present (Signature)

Printed Name/Title: Patrick Melaschic (SA)

Printed Name/Title:

G2O U.S. GOVERNMENT PRINTING OFFICE: 2019-409-314

FD-597 (Rev. 4-13-2015)                                                                Page ___2___ of ___2___

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: __174A-P6-3750507__

On (date) ___5/19/2023___          item (s) listed below were:
☒ Collected/Seized
☐ Received From
☐ Returned To
☐ Released To

(Name) _Brian DiPippa and Krystal DiPippa_

(Street Address) _407 Biddle Ave., Apt. 2_

(City) _Pittsburgh, PA 15221_

Description of Item (s):

19 - Nine thumbdrives

20 - (Not collected)

21 - Sample taken from spectracide container

22 - Spectracide

23 - Green shoes

24 - grey gloves with fur

25 - Mac laptop with cable

26 - Red Panasonic Lumix Camera

27 - Dell xps laptop with charger

28 - Black Cannon Camera

29 - Potato (see separate FD-597)

30 - Black Leggings

31 - Blue Jeans

32 - Black Satchel

33 - grey backpack

PSM

Received By: _____          Received From: _No one Present_
                        (Signature)                                                    (Signature)

Printed Name/Title: _Patrick McConachie (SA)_          Printed Name/Title: _____